No. 503, Misc.   HARRIS *v.* SOUTH CAROLINA.   Supreme Court of South Carolina.   Certiorari granted.   It is further ordered that execution of the sentence of death imposed on this petitioner be stayed pending the final disposition of the case by this Court.

No. 729.   INTERSTATE CIRCUIT, INC. ET AL. *v.* TIVOLI REALTY, INC.   C. C. A. 5th.   Certiorari denied.   *George S. Wright, Joe A. Worsham* and *Jos. Irion Worsham* for petitioners.   *Abe Fortas* for respondent.

Nos. 734 and 735.   C. D. JOHNSON LUMBER CORP. *v.* OREGON MESABI CORP.; and

Nos. 736 and 737.   OREGON MESABI CORP. *v.* C. D. JOHNSON LUMBER CORP.   C. C. A. 9th.   Certiorari denied.   *Robert S. Miller* for petitioner in Nos. 734 and 735 and respondent in Nos. 736 and 737.   *John A. Laing* and *Henry S. Gray* for petitioner in Nos. 736 and 737 and respondent in Nos. 734 and 735.   Reported below: 166 F. 2d 997, 1002, 1003.

No. 760.   LOCKE *v.* UNITED STATES.   C. C. A. 5th. Certiorari denied.   *Earle B. Mayfield* and *James S. Grisham* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Caudle, Sewall Key* and *Ellis N. Slack* for the United States.

No. 762.   MARINITSIS *v.* WEST VIRGINIA.   Supreme Court of Appeals of West Virginia.   Certiorari denied. *James J. Laughlin* for petitioner.